DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER C. HENDERSON,**
Appellant,

v.

**SUMMERWINDS OF JUPITER HOMEOWNERS ASSOCIATION, INC.,**
a Florida Not for Profit Corporation,
Appellee.

No. 4D19-1579

[January 9, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward L. Artau, Judge; L.T. Case No. 502017CA013491.

Thomas J. Ali of Jupiter Legal Advocates, Palm Beach Gardens, for appellant.

Evan R. Bachove of Fields & Bachove, PLLC, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***